**Order entered April 13, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00624-CV

**MELISSA BREWER, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02438-2019**

## ORDER

On August 17, 2020, we ordered the appeal be submitted without the reporter's record after Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, notified the Court that no record was taken on the "designated date." On April 12, 2021, a four-volume reporter's record was filed.[1] In light of the filing of the reporter's record, we vacate this Court's August 17, 2020 order.

---

[1] We note that appellant was proceeding pro se until counsel made an appearance on her behalf on February 23, 2021.

After numerous extensions, appellant's brief on the merits was due yesterday. In light of the late filing of the reporter's record, on the Court's own motion, we **ORDER** appellant to file her brief **within ten days** of the date of this order and caution her that any further extension request will be strongly disfavored.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE